**Gus POLITES, Appellant,**

v.

**UNITED STATES of America,**
**Appellee.**

**No. 13788.**

United States Court of Appeals
Sixth Circuit.

Oct. 16, 1959.

Goodman, Crockett, Eden & Robb, Detroit, Mich., for appellant.

Charles Gordon, Immg. & Nat'l Service, St. Paul, Minn., Fred W. Kaess and John L. Owen, Detroit, Mich., for appellee.

Before McALLISTER, Chief Judge, MARTIN, Circuit Judge, and WEICK, District Judge.

PER CURIAM.

The above cause coming on to be heard upon the transcript, the briefs of the parties, and the arguments of counsel in open court, and the Court being duly advised,

Now therefore it is ordered, adjudged and decreed that the judgment of the District Court be and is hereby affirmed for the reasons set forth in the opinion of Judge Picard. 24 F.R.D. 401.

**Joyce DE LA BEGASSIERE, Petitioner,**

v.

**COMMISSIONER OF INTERNAL REVENUE, Respondent.**

**No. 17757.**

United States Court of Appeals
Fifth Circuit.

Dec. 15, 1959.

Bernard Weiss, New York City, for petitioner.

Arthur I. Gould, Harry Baum, Meyer Rothwacks, Dept. of Justice, Washington, D. C., Howard A. Heffron, Acting Asst. Atty. Gen., Charles K. Rice, Asst. Atty. Gen., Charles P. Dugan, Sp. Atty., I.R.S., Arch M. Cantrall, Chief Counsel, I.R.S., Washington, D. C., for respondent.

Before CAMERON, JONES and BROWN, Circuit Judges.

PER CURIAM.

In this case, where the issue is primarily one of fact, it does not appear that the findings of the Tax Court are clearly erroneous, nor does it appear that the Tax Court failed to apply the correct rules of law. De la Begassiere v. Commissioner, 31 T.C. 1031. The decision of the Tax Court is

Affirmed.